PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:97CR00560-04** |
| | ) | |
| **Joel Alvarez BANUELOS** | ) | |
| | ) | |

On April 4, 2001, the above-named was placed on supervised release for a period of five (5) years.  Mr. Banuelos has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Richard A. Ortiz

**RICHARD A. ORTIZ**
**Senior United States Probation Officer**

Dated:        November 1, 2005
             Elk Grove, California
             RAO:jz

**REVIEWED BY:**        /s/   Deborah A. Spencer
                       **DEBORAH A. SPENCER**
                       **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:     Joel Alvarez BANUELOS**
**Docket Number:   2:97CR00560-04**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Joel Alvarez Banuelos be discharged from supervised release, and that the proceedings in the case be terminated.


 November 7, 2005                                   /s/Frank C. Damrell, Jr.
**Date**                                                           **FRANK C. DAMRELL, JR.**
                                                                          **United States District Judge**


RAO:jz
Attachment:   Recommendation
cc:     United States Attorney's Office
          FLU Unit, AUSA's Office
          Fiscal Clerk, Clerk's Office